UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
KATALYST SECURITIES LLC,                      :
:
Petitioner,         :
:   21-cv-8005 (VSB)
-against-                   :
:   **ORDER**
:
MARKER THERAPEUTICS, INC.,                    :
:
Respondent.         :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Respondent's letter motion, dated September 29, 2021, for an extension of time to respond to Petitioner's Petition to Confirm and to file a cross-motion for vacatur. (Doc. 7.) In the motion, which sets out a proposed briefing schedule, Respondent represents that Petitioner failed to respond to Respondent's request for consent. Accordingly, it is hereby:

      ORDERED that Petitioner submit a letter on or before October 6, 2021, indicating whether or not it consents to Respondent's letter motion at Document 7.

      SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge