UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KATALYST SECURITIES, LLC,

                         Petitioner,

    -against-                                    21 **CIVIL** 8005 (LTS)

                                                        **JUDGMENT**

MARKER THERAPEUTICS, INC.,

                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 9, 2022, Petitioner Katalyst's petition to confirm the arbitration award is granted, and Respondent Marker's motion to vacate the arbitration award is denied. Judgment is entered for Petitioner in the total amount of $2,524,397.87 ($2,402,934.00 arbitration award plus $121,463.37 pre-judgment interest thereon at the annual rate of 9% from August 16, 2021, through the date of the Memorandum Order). Post-judgment interest will accrue in accordance with 28 U.S.C. section 1961; accordingly, the case is closed.

**Dated:**  New York, New York

          March 9, 2022

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                  **BY:**

                                                                 **Deputy Clerk**